

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-25-00108-CR

---

CRAIG REED, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

---

On Appeal from the 108th District Court
Potter County, Texas
Trial Court No. 080013-E-CR, Honorable Timothy G. Pirtle, Presiding

---

April 11, 2025

MEMORANDUM OPINION

Before QUINN, C.J., and DOSS and YARBROUGH, JJ.

Appellant, Craig Reed, was convicted of possession of a controlled substance[1] and sentenced, pursuant to a plea bargain agreement, to eight years of confinement. The trial court's certification of Appellant's right of appeal reflects that this is a plea bargain case from which Appellant has no right of appeal and that Appellant has waived the right

---

[1] *See* TEX. HEALTH & SAFETY CODE ANN. § 481.115(b).

of appeal.  The certification comports with the record before the Court.  Notwithstanding the certification, Appellant filed a notice of appeal, pro se, challenging his conviction.

We are required by Rule of Appellate Procedure 25.2(d) to dismiss an appeal "if a certification that shows the defendant has the right of appeal has not been made part of the record."  By letter of March 25, 2025, we notified Appellant of the consequences of the trial court's certification and directed him to show grounds for continuing the appeal. Appellant filed a response but has failed to demonstrate a right to appeal his conviction.

Accordingly, we dismiss the appeal based on the trial court's certification.  *See* TEX. R. APP. P. 25.2(d).

Per Curiam

Do not publish.